UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>GLORIA JOHNSON<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 20-10958<br><br>Chapter: 13<br><br>Honorable Carol A. Doyle |

**AMENDED ORDER GRANTING DEBTOR'S MOTION TO MODIFY CHPATER 13 PLAN**

This matter coming before the Court on Debtor's motion to modify her Chapter 13 plan.

It is hereby ordered that the motion is granted.

The court's November 8, 2022 order is modified to read as follows:

Debtor's plan payments will increase from $730.00 to $913.00 for a period of 31 months beginning in November, 2022.

The post-petition default in plan payments accruing through November 2022 is deferred.

Enter:

*/s/ Carol Doyle*

United States Bankruptcy Judge

Dated: April 21, 2023

**Prepared by:**
Michael Dedio
15601 S Cicero Avenue, Suite 103
Oak Forest, Illinois 60452
708-385-3778